# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carney, Cormac J. | District Court - Central District of California | 04/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4516

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | University of California Retirement Plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Wells Fargo Bank Accounts | D | Interest | N | T | | | | | |
| 2.   County Deferred Comp. Plan (H) | | | | | | | | | |
| 3.   -Stable Value Fund | A | Dividend | J | T | | | | | |
| 4.   -Lomis Sayles Cove Plus Bond | A | Dividend | J | T | | | | | |
| 5.   IRA #1 (H) | | | | | | | | | |
| 6.   -Pimco INCM - PONDX | A | Dividend | | | Sold | 06/16/20 | M | A | |
| 7.   -Prudential High Yield Fund - PHYZX | A | Dividend | | | Sold | 06/05/20 | L | B | |
| 8.   -COST | A | Dividend | K | T | | | | | |
| 9.   -Clipper Fund - CFIMX | D | Dividend | | | Sold | 06/26/20 | K | C | |
| 10.   -HD | A | Dividend | | | Sold | 06/05/20 | J | A | |
| 11.   -MRK | A | Dividend | | | Sold | 06/05/20 | J | A | |
| 12.   -BRKB | A | Dividend | | | Sold | 06/05/20 | J | A | |
| 13.   -TGT | A | Dividend | | | Sold | 06/05/20 | J | A | |
| 14.   -P&G | A | Dividend | | | Sold | 06/05/20 | J | A | |
| 15.   -AAPL | A | Dividend | M | T | | | | | |
| 16.   -Meridian Growth Fund - MERDX | A | Dividend | | | Sold | 08/05/20 | M | A | |
| 17.   -Schwab 1000 Index Fund - SNXFX | B | Dividend | | | Sold | 08/05/20 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Schwab Intl Index Fund - SWISX | C | Dividend | | | Sold | 06/26/20 | K | A | |
| 19.   -Tweedy Browne Global Value Fund - TBGVX | D | Dividend | | | Sold | 08/05/20 | L | C | |
| 20.   -Vanguard Small Cap Index Fund - VSMAX | B | Dividend | | | Sold | 06/30/20 | K | B | |
| 21.   -SPYG | A | Dividend | | | Sold | 06/26/20 | K | A | |
| 22.   -Allianz Small Cap - PCVAX | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 23.   -American Balanced - BALFX | A | Dividend | | | Sold | 06/18/20 | J | A | |
| 24.   -American Capital World Growth - CWGFX | A | Dividend | | | Sold | 06/18/20 | J | A | |
| 25.   -Franklin Rising Dividends - FRDPX | A | Dividend | | | Sold | 06/16/20 | J | A | |
| 26.   -Growth Fd America - GFDPX | A | Dividend | | | Sold | 06/18/20 | J | A | |
| 27.   -Investco Global Core Equity - AWSAX | A | Dividend | | | Sold | 06/16/20 | J | A | |
| 28.   -Pimco Total Return - PTTAX | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 29.   -Morningstar Global Nat Res - GUNR (X) | A | Dividend | K | T | Buy | 06/05/20 | K | | |
| 30.   -Northern Global Real Estate - NGREX (X) | B | Dividend | K | T | Buy | 06/18/20 | K | | |
| 31.   -SPDR S&P Midcap 400 - MDY (X) | A | Dividend | K | T | Buy | 06/05/20 | K | | |
| 32.   -Russell 2000 - IWM (X) | A | Dividend | K | T | Buy | 11/19/20 | K | | |
| 33.   -Russell 2000 Growth -IWO (X) | A | Dividend | J | T | Buy | 11/19/20 | J | | |
| 34.   -Northern Intl Equity - NOINX (X) | B | Dividend | L | T | Buy | 11/05/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Dev Mkts - VEA (X) | B | Dividend | L | T | Buy | 11/23/20 | L | | |
| 36. -Northern Emerging Markets - NOEMX (X) | B | Dividend | K | T | Buy | 06/18/20 | K | | |
| 37. -Northern Ulta Short Fixed Income - NUSFX (X) | C | Int./Div. | N | T | Buy | 06/10/20 | N | | |
| 38. -Northern High Yield Fixed Income - NOFIX (X) | C | Int./Div. | L | T | Buy | 08/12/20 | L | | |
| 39. -Blkrk Hgh Yld Bond - BHYIX (X) | C | Int./Div. | L | T | Buy | 06/10/20 | L | | |
| 40. -Target Duration TIPS - TDTT (X) | A | Dividend | K | T | Buy | 06/05/20 | K | | |
| 41. Brokerage Account (H) | | | | | | | | | |
| 42. -American Funds Balanced - BALFX | A | Dividend | K | T | | | | | |
| 43. -Capital Income Bldr FD - CIBFX | A | Dividend | J | T | | | | | |
| 44. -American Funds Growth- GFAFX | D | Dividend | L | T | | | | | |
| 45. -Washington Mutual Investors Fund - WSHFX | B | Dividend | K | T | | | | | |
| 46. -American Funds New Perspective Fund - NPFFX | A | Dividend | K | T | | | | | |
| 47. -Vanguard Wellington - VWENX | C | Dividend | L | T | | | | | |
| 48. -Vanguard Healthcare - VGHCX | A | Dividend | K | T | | | | | |
| 49. -Janus/Henderson Forty - JACTX | D | Dividend | M | T | | | | | |
| 50. -Northern Intl Equity - NOINX | C | Dividend | L | T | | | | | |
| 51. -Northern Tax Adv Ultra Short - NTAUX | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Dimesions Emerging Markets - DFCEX | A | Dividend | J | T | | | | | |
| 53.  -Northern Cal Inter Tax-Exempt - NCITX | B | Dividend | L | T | | | | | |
| 54.  -Northern High Yield Fixed Inc - NHFIX | B | Dividend | K | T | | | | | |
| 55.  -Russell 2000 - IWM | A | Dividend | J | T | | | | | |
| 56.  -SPDR S&P Midcap 400 - MDY | A | Dividend | J | T | | | | | |
| 57.  -American Century Ultra - TWCUX | B | Dividend | M | T | | | | | |
| 58.  -Target Duration TIPS - TDTT (X) | A | Dividend | J | T | Buy | 08/18/20 | J | | |
| 59.  -Northern Global RE - NGREX (X) | A | Dividend | K | T | Buy | 08/17/20 | K | | |
| 60.  -Morningstar Global Nat Res - GUNR (X) | A | Dividend | K | T | Buy | 08/18/20 | K | | |
| 61.  Variable Life Insurance (H) | | | | | | | | | |
| 62.  -NW Mutual Index 400 Stock Fund | A | Dividend | | | Sold | 11/06/20 | K | A | |
| 63.  -Russell Real Estate Securities Fund | B | Dividend | | | Sold | 11/06/20 | K | B | |
| 64.  -Wells Capital Mgmt | A | Dividend | L | T | | | | | |
| 65.  -NW Mutual Index 500 | A | Dividend | L | T | | | | | |
| 66.  -NW Mutual International Growth | A | Dividend | | | Sold | 11/06/20 | L | B | |
| 67.  -Fidelity VIP Contrafund | A | Dividend | | | Sold | 11/06/20 | L | A | |
| 68.  -NW Mutual Index 600 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -NW Mutual Research International Core | A | Dividend | K | T | | | | | |
| 70. -Aberdeen Emerging Markets Equity | A | Dividend | K | T | | | | | |
| 71. -Pimco MultiSector Bond | A | Dividend | K | T | | | | | |
| 72. -NW Global RE Securities (X) | A | Dividend | K | T | Buy | 11/08/20 | K | | |
| 73. -NW Strategic Bond (X) | A | Dividend | L | T | Buy | 11/08/20 | L | | |
| 74. -Rowe Price Equity Income (X) | A | Dividend | K | T | Buy | 11/08/20 | K | | |
| 75. Inherited IRA #1 (H) | | | | | | | | | |
| 76. -JPM | A | Dividend | J | T | Sold (part) | 01/08/20 | L | D | |
| 77. -FDFFX | A | Dividend | | | Sold | 01/08/20 | K | C | |
| 78. -PRPFX | A | Dividend | | | Sold | 01/08/20 | L | D | |
| 79. -FSCRX | B | Dividend | | | Sold | 01/08/20 | K | A | |
| 80. -Northern Stock Index - NOSIX (X) | A | Dividend | K | T | Buy | 01/10/20 | K | | |
| 81. -Nortthern Equity Mid Cap - NOMIX (X) | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 82. -Northern Small Cap - NSIDX (X) | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 83. -Northern Intl Equity - NOINX (X) | A | Dividend | K | T | Buy | 01/10/20 | K | | |
| 84. -Northern Emerging Markets - NOEMX (X) | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 85. -Dimentions Emerging Markets - DFCEX (X) | A | Dividend | J | T | Buy | 01/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Northern Ultra Short Fixed Income - NUSFX (X) | A | Dividend | L | T | Buy | 01/10/20 | L | | |
| 87. -Northern Bond Index - NOBOX (X) | A | Dividend | K | T | Buy | 01/10/20 | K | | |
| 88. -Northern High Yield Fixed Income - NHFIX (X) | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 89. -Target Duration TIPS - TDTT (X) | A | Dividend | K | T | Buy | 01/13/20 | K | | |
| 90. -Northern Global Real Estate - NGREX (X) | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 91. -Morningstar Global Nat Res - GUNR (X) | A | Dividend | J | T | Buy | 01/13/20 | J | | |
| 92. Family Trust #1 (H) | | | | | | | | | |
| 93. -Wells Fargo Account | A | Interest | | | Closed | 06/29/20 | K | A | |
| 94. Inherited IRA #2 (H) | | | | | | | | | |
| 95. -Target Duration Tips Index - TDTT | A | Dividend | K | T | | | | | |
| 96. -Morningstar Global RE - GUNR | A | Dividend | J | T | | | | | |
| 97. -SPDR S&P Midcap 400 - MDY | A | Dividend | J | T | | | | | |
| 98. -Northern Intl Equity - NOINX | A | Dividend | K | T | | | | | |
| 99. -Northern Global Real Estate - NGREX | A | Dividend | J | T | | | | | |
| 100. -Northern Ultra Short Fixed Income - NUSFX | A | Int./Div. | L | T | | | | | |
| 101. -Northern Bond Index - NOBOX | A | Dividend | K | T | | | | | |
| 102. -Northern Emerging Markets Equity - NOEMX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Northern High Yield Fixed Income - NHFIX | A | Dividend | J | T | | | | | |
| 104.  -SPDR S&P 500 - SPY | A | Dividend | L | T | | | | | |
| 105.  -Dimensions Emerging Markets - DFCEX | A | Dividend | J | T | | | | | |
| 106.  IRA #2 (H) | | | | | | | | | |
| 107.  -Northern Equity Index Midcap - NOMIX | A | Dividend | J | T | | | | | |
| 108.  -Northern Intl Equity - NOINX | A | Dividend | K | T | | | | | |
| 109.  -Northern Global Real Estate - NGREX | A | Dividend | J | T | | | | | |
| 110.  -Northern Bond Index - NOBOX | A | Dividend | L | T | | | | | |
| 111.  -Northern Emerging Markets - NOEMX | A | Dividend | J | T | | | | | |
| 112.  -Northern Small Cap Index - NSIDX | A | Dividend | J | T | | | | | |
| 113.  -Northern Stock Index - NOSIX | A | Dividend | L | T | | | | | |
| 114.  -Northern High Yield Fixed Income - NHFIX | A | Dividend | K | T | | | | | |
| 115.  -DFA Intl Small Co - DFISX | A | Dividend | J | T | | | | | |
| 116.  -Target Duration TIPS- TDTT | A | Dividend | J | T | | | | | |
| 117.  -Morningstar Global Nat Res - GUNR | A | Dividend | J | T | | | | | |
| 118.  Stoxx Global Broad Index - NFRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cormac J. Carney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544